**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
CV 06-3041 (MJD)

---

ASSOCIATION OF FLIGHT ATTENDANTS,
    Plaintiff,
vs.                                                                                           Civil No. 06-3041 (MJD)
MESABA AVIATION, INC.,
    Defendant.

---

AIR LINE PILOTS ASSOCIATION,
    Plaintiff,
vs.                                                                                           Civil No. 06-3042 (MJD)
MESABA AVIATION, INC.,
    Defendant.

---

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION,
    Plaintiff,
vs.                                                                                           Civil No. 06-3043 (MJD)
MESABA AVIATION, INC.,
    Defendant.

---

**ORDER APPROVING STIPULATION**

---

This matter came before the Court on the Stipulation Regarding Public Record ("Stipulation"), dated August 2, 2006 and entered into by Appellants, The Association of Flight Attendants - CWA, AFL-CIO ("AFA"), the Aircraft Mechanics Fraternal Association ("AMFA"), and the Air Line Pilots Association, International ("ALPA"), and Respondent Mesaba Aviation, Inc. ("Mesaba"). Based on the Stipulation and the record herein,

IT IS HEREBY ORDERED:

The Stipulation is approved.


Dated: August 16, 2006                    s / Michael J. Davis
                                                       THE HONORABLE MICHAEL J. DAVIS
                                                       United States District Court Judge