**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re* | Bky. Case No. 05-39258 GFK |
| | Adv. Proc. No. 06-03428 |
| Mesaba Aviation, Inc. d/b/a Mesaba Airlines, | |
| Debtor. | |

| | |
|---|---|
| Air Line Pilots Association, et al., | Civ. Nos. 06-3041, 06-4320, |
| and | 06-4499 MJD |
| Association of Flight Attendants, et al., | |
| and | |
| Aircraft Mechanics Fraternal Association, et al., | |
| Appellants, | |
| v. | |
| Mesaba Aviation, Inc., | |
| Appellee. | |

**ORDER**

Based upon the parties' stipulation:

All deadlines associated with Civil Proceeding Numbers 06-3041, 06-4320, and 06-4499 shall be extended for a period of 14 days. The deadline for the performance of any act required or permitted to be performed under the Federal Rules of Bankruptcy

2

Procedure or other applicable rules is extended for a period of 14 days from the date such act would otherwise be due.


Dated:  November 27, 2006            s / Michael J. Davis
                                     Judge Michael J. Davis